**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10                                            NO. C 05-03707 JW

Richard Randall,

11                                            **ORDER CONTINUING MOTIONS**
                    Plaintiff(s),            **HEARING DATE**

12        v.

13    Medtronic Inc.,

14               Defendant(s).
      _____/

15        All motions currently set for hearing on December 12, 2005 are continued to January 30, 2006 at

16   9:00 a.m.

17   Dated: November 28, 2005                    /s/James Ware
                                                 JAMES WARE
18                                               United States District Judge

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Brian J. Devine bdevine@seegersalvas.com
Cyrus A. Tabari ctabari@smtlaw.com
3 Kendra J. Jue kjue@reedsmith.com
Kenneth M. Seeger kseeger@seegersalvas.com
4 Lori Gail Cohen cohenl@gtlaw.com
Michael Kevin Brown mkbrown@reedsmith.com
5 Sonja S. Weissman sweissman@reedsmith.com

6 **Dated:   November 28, 2005**            **Richard W. Wieking, Clerk**

7

8            **By:   /s/JW Chambers**
            **Ronald L. Davis**
            **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28