**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Randall, | NO. C 05-03707 JW |
| Plaintiff(s), | **ORDER REFERRING PENDING MOTIONS TO MDL JUDGE ROSENBAUM; DEEMING MOOT DEFENDANT'S MOTION FOR STAY** |
| v. | |
| Medtronic Inc. et al., | |
| Defendant(s). | |

On January 5, 2006, the Court received the Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation transferring the above-entitled action to the District of Minnesota, filed December 20, 2005. Based upon the Conditional Transfer Order, the Court vacates all hearings and conferences set before this Court, and refers all pending motions to the Honorable James M. Rosenbaum for disposition. The pending motions are as follows: (1) Plaintiff's motion for remand to state court; (2) Defendant Medtronic, Inc.'s motion for judgment on the pleadings; and (3) Defendant Medtronic, Inc.'s motion for summary judgment on the grounds of federal preemption. Defendant Medtronic, Inc.'s motion to stay proceedings pending transfer to MDL is deemed moot.

Dated: January 12, 2006

05cv3707mdl

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian J. Devine bdevine@seegersalvas.com
Cyrus A. Tabari ctabari@smtlaw.com
Kendra J. Jue kjue@reedsmith.com
Kenneth M. Seeger kseeger@seegersalvas.com
Lori Gail Cohen cohenl@gtlaw.com
Michael Kevin Brown mkbrown@reedsmith.com
Sonja S. Weissman sweissman@reedsmith.com

U.S. District Judge Hames M. Rosebaum
U.S. District Court for the District of Minnesota

**Dated: January 13, 2006**                    **Richard W. Wieking, Clerk**

                                              **By:  /s/ JW Chambers**

                                              **Melissa Peralta**
                                              **Courtroom Deputy**